IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS HILLMAN, et al., | ) | Case No. 8:06cv46 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HEARTLAND AUTOMOTIVE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Rachhana T. Srey, counsel for Plaintiffs,

**IT IS ORDERED:**

1. On or before **July 10, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for August 17, 2006, is cancelled upon the representation that this case is settled.

Dated this 9th day of June 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge