IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS HILLMAN, CASEY MALMBERG, MATTHEW NELSON, RALPH ROBALIK, MARK ROSENTHAL, SHAWN SMITH, and RONALD WALKER, II,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARTLAND AUTOMOTIVE SERVICES, INC. d/b/a JIFFY LUBE, a Minnesota corporation,<br><br>Defendant. | 8:06CV46<br><br>ORDER |

This matter is before the court on the parties' JOINT MOTION TO SUSPEND DEADLINES [25]. The court was previously advised that the plaintiffs' claims were settled, and the parties were given until July 10, 2006 to submit settlement documents to Judge Smith Camp. The settlement contemplated is a global settlement involving approximately 239 plaintiffs in 14 different lawsuits, all of whom were originally a part of a conditionally certified class. For those reasons, the parties request an extension of time in which to submit their settlement documents.

For good cause shown,

**IT IS ORDERED** that the JOINT MOTION TO SUSPEND DEADLINES [25] is granted, in part, as follows:

1. The deadlines established in the Initial Progression Order [22] and the July 10, 2006 deadline to submit settlement documents are vacated. The parties are given until and including **September 15, 2006** to file the appropriate documents seeking court approval of the settlement and the plaintiffs' acceptance thereof.

2. For case management purposes, if the parties are unable to comply with paragraph 1, above, counsel shall file a joint status report by **September 1, 2006**, concerning the progress of completing the global settlement agreement. Subsequent status reports are due every **thirty (30) days** thereafter until the settlement documents are submitted for the court's approval.

**DATED June 20, 2006.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett**
                                     **United States Magistrate Judge**