IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS HILLMAN, CASEY MALMBERG, MATTHEW NELSON, RALPH ROBALIK, MARK ROSENTHAL, SHAWN SMITH, and RONALD WALKER II, | ) ) ) ) ) ) | CASE NO. 8:06CV46 |
| Plaintiffs, | ) ) | ORDER |
| V. | ) ) | |
| HEARTLAND AUTOMOTIVE SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED:

For good cause shown, Defendant's Motion to Strike the Affidavit of R. Srey in Support of Joint Motion for Settlement (Filing No. 29) is GRANTED.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge